## Commonwealth *v.* McLeod, Appellant.

Argued March 27, 1974. *Douglas Riblet,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, with him *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mack, Appellant.

Argued March 27, 1974. *Carol J. Clarfeld,* with her *Mottola, Larkin and Clarfeld,* for appellant; *James Garrett,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.